# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SYNERGY ADVISORY SERVICES, LLC | § § § | |
| Plaintiff | § § | Civil Action No. 3:22-cv-01699 |
| vs | § § | |
| CLEARPRISM, LLC | § § | |
| Defendant | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Synergy Advisory Services, LLC ("Plaintiff" or "Synergy"), files its First Amended Complaint against Defendant ClearPrism, LLC and would show the Court as follows:

## I.
## PRELIMINARY STATEMENT

1.  This lawsuit seeks to recover payment on a valid contract for Synergy against ClearPrism, LLC ("Defendant" or "ClearPrism") in the state of Texas.

## II.
## PARTIES

2.  Synergy is a limited liability company organized under the laws of California and maintains its principal place of business in San Francisco, California.

3.  Synergy's sole member, Dana Hermansen, resides in San Francisco County, California.

4.  ClearPrism is a limited liability company organized under the laws of Texas and maintains its principal place of business in Rockwall, Texas.

5.  On information and belief ClearPrism's sole member, Bret J. Hatfield, resides in Dallas County, Texas. ClearPrism may be served through its registered agent for service of

1

process, Bret Hatfield, 3131 McKinney Ave., Suite 600, Dallas, Texas 75204, or wherever it or he may be found.

### III.
### JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. § 1332, as the matter in controversy exceeds $75,000, not including interest and cost of court, and there is complete diversity of citizenship between the parties: Plaintiff Synergy is incorporated under the laws of California and has its principal place of business in California. Synergy's sole member, Dana Hermansen, is a citizen of the State of California. Defendant ClearPrism is incorporated under the laws of Texas and had its principal place of business in Texas. On information and belief ClearPrism's sole member, Bret J. Hatfield, is a citizen of the State of Texas.

7. Venue is proper in the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C.§1391(b)(1) & (2) because Defendant resides in this District, and a substantial part of the events forming the basis of this action occurred in this District.

### IV.
### FACTUAL BACKGROUND

8. Synergy provides consulting services to technology and growth businesses, including business strategy and advice/support for transactions-related initiatives such as acquisitions, divestitures, and partnerships.

9. ClearPrism provides installation/support services for third-party software and develops artificial intelligence-based software solutions, specifically, the Minerva Product ("Minerva Product").

10. ClearPrism retained Synergy to assist with the sale of the Minerva Product.

11. On or about July 3, 2021, Synergy and ClearPrism entered into the Minerva Service Agreement ("Service Agreement"), whereby, Synergy agreed to provide consulting services to

ClearPrism to assist it to market and sell the Minerva Product in exchange for advisory fees, including monthly commitment fees and a transaction fee.

12. From July 2021 through December 2021, Synergy provided consulting services pursuant to the Service Agreement and charged ClearPrism its monthly commitment fees.

13. The transaction fee ClearPrism contracted to pay Synergy was to compensate Synergy in the event ClearPrism was successful in selling the Minerva Product.

14. At the end of 2021, ClearPrism sold the Minerva Product.

15. ClearPrism received cash and other valuable consideration when it sold the Minerva Product.

16. ClearPrism failed to pay Synergy its monthly commitment fees due for August through December 2021, or the transaction fee due upon the sale of the Minerva Product.

17. The amount ClearPrism owed Synergy for non-payment of its monthly commitment fees and transaction fee was $235,000.00.

18. On or around June 24, 2022, ClearPrism and Synergy entered a Mutual Release and Settlement Agreement ("Settlement Agreement"). Synergy agreed to release its claims against ClearPrism in exchange for six (6) consecutive monthly payments. Synergy's release was contingent on ClearPrism's timely fulfillment of its duties and obligations under the Settlement Agreement.

19. The Settlement Agreement further provided that if ClearPrism defaulted and failed to make a payment due, Synergy could sue under the Settlement Agreement or the Service Agreement.

20. The parties agreed that the amount ClearPrism owed Synergy was $169,500.00.

21. To date, ClearPrism only made one payment under the Settlement Agreement. It made the payment late and has since failed to pay the July payment due July 15, 2022. Time was of the essence in the Settlement Agreement.

## V.
## CAUSE OF ACTION

### Breach of Contract

**a. ClearPrism's Breach of the Service Agreement**

22. Synergy incorporates by this reference paragraphs 6–17 above as if fully set forth herein.

23. Synergy and ClearPrism entered into a valid contract where Synergy agreed to provide consulting services to ClearPrism to assist it to market and sell the Minerva Product in exchange for advisory fees, including monthly commitment fees and a transaction fee.

24. Synergy fully complied with the Service Agreement.

25. ClearPrism materially breached the Service Agreement when it failed to pay Synergy its monthly commitment fees due for August through December 2021, or the transaction fee due upon the sale of the Minerva Product.

26. As a result of ClearPrism's breach, Synergy suffered damages in an amount in excess of the minimum jurisdiction limits of this Court.

**b. ClearPrism's Breach of the Settlement Agreement**

27. Synergy incorporates by this reference paragraphs 6–17 above as if fully set forth herein.

28. Synergy and ClearPrism entered into a valid contract where Synergy agreed to release its claims against ClearPrism in exchange for six (6) timely consecutive monthly payments.

29. Synergy fully complied with the Settlement Agreement.

30. ClearPrism materially breached the Settlement Agreement when it failed to make timely monthly payments.

31. As a result of ClearPrism's breach, Synergy suffered damages in an amount in excess of the minimum jurisdiction limits of this Court.

## VI.
## ATTORNEY'S FEES

32. Synergy seeks and is entitled to recover its reasonable and necessary attorney's fees and costs of court incurred in prosecuting this action pursuant to Tex. Civ. Prac. & Rem. Code § 38.001, *et. seq.* and the Settlement Agreement, para. 2.

## VII.
## CONDITIONS PRECEDENT

33. Synergy has complied with all conditions precedent necessary for the recovery request herein, or such conditions precedent have been waived or excused.

## VIII.
## DEMAND FOR JURY TRIAL

34. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Synergy demands trial by Jury in this action of all issues so triable.

## IX.
## RELIEF REQUESTED

FOR THESE REASONS, Plaintiff Synergy Advisory Services, LLC asks this Court for judgment in its favor against Defendant ClearPrism, LLC for actual damages, attorney's fees, court costs, and such other and further relief as the Court may deem just and proper.

Date: August 23, 2022                             Respectfully submitted,

                                                                                         **THE GREENWOOD LAW FIRM, PLLC**

                                                                                         */s/ Sean Greenwood*
                                                                                         Sean Greenwood
                                                                                         Texas Bar No. 08408730

Federal ID 15015
sean@gwoodlaw.com
1415 North Loop West, Suite 1250
Houston, Texas 77008
TEL:   (832) 356-1588
FAX:   (832) 356-1589


*/s/ Jerry D. Andrews*
Jerry D. Andrews
State Bar No. 01244000
3030 LBJ Freeway, Suite 130
Dallas, TX 75234
Telephone:   (214) 221-5800
Facsimile:   (214) 619-6809
ja@dfwinjurylawyer.com

*ATTORNEYS FOR PLAINTIFF,
SYNERGY ADVISORY SERVICES,
LLC*

6